IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KARLIN CLAY                          )
          Plaintiff,                 )
                                     )
     v.                              )   Civil Action No. 07-71
                                     )
BURLINGTON COAT FACTORY              )
WAREHOUSE CORPORATION, THOMAS        )
CACCIATORE, an individual and        )
MICHAEL COLBERG, an individual,)
          Defendants.                )

O R D E R

This 19th day of June, 2007, IT IS HEREBY ORDERED that

Plaintiff's Motion to Compel [document #10] GRANTED.   It is

FURTHER ORDERED that defendant, Burlington Coat Factory Warehouse

Corporation, is required to pay  plaintiff the sum of Five

Hundred ($500.00) dollars in reasonable expenses and attorneys'

fees  incurred  by plaintiff  relative  to  the  preparation  and

presentation of the motion to compel.

BY THE COURT:

_____, J.

cc:   All Counsel of Record